IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONSTANCE MILLARD and GERALD KRELL, Individually and as Representatives of the Estate of Jason Krell, Deceased; MICHELLE MARTIN, as tutrix and next friend of A.P., E.P., and M.S., minors, and as Representative of the Estate of Quinon Pitre, *et al.* § § § § § § § §<br><br>Plaintiffs, §<br>§<br>- against-. §<br>§<br>AMERICAN BUREAU OF SHIPPING, § ABS GROUP OF COMPANIES, INC., § ABSG CONSULTING INC., § ABS QUALITY EVALUATIONS, INC., § and ABS GROUP § § Defendants. § | CIVIL ACTION NO.<br><br>ADMIRALTY CASE |

## CORPORATE DISCLOSURE STATEMENT

**PLEASE TAKE NOTE THAT**, pursuant to F.R.C.P. 7.1, Defendants AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC., ABSG CONSULTING INC., ABS QUALITY EVALUATIONS, INC., and ABS GROUP LLC (s/h/a "ABS GROUP"), state that they have NO CORPORATE PARENTS OR AFFILIATES that are publicly traded.

Respectfully submitted,

Dated:  May 6, 2024

HILL RIVKINS LLP
Attorneys for Defendants
*American Bureau of Shipping; abs Group of Companies, Inc.; ABSG Consulting, Inc.; ABS Quality Evaluations, Inc.; and ABS Group*

1

/s/ *John J. Sullivan*
John J. Sullivan
SDTX I.D. No.: 1531846
Hannah E. Taylor
SDTX I.D. No. 3805262

HILL RIVKINS LLP
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel.:    713-222-1515
Fax:    713-222-1359
Email:  jsullivan@hillrivkins.com
            htaylor@hillrivkins.com

James M. Kimbell
SDTX ID No.: 1627

CLARK HILL PLC
1000 Louisiana Street, Suite 2800,
Houston, Texas 77002
Tel.:    713-951-5665
Fax:    832-397-3544
Email:  jkimbell@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Southern District of Texas, using the CM/ECF system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. In addition, copies have been served upon all parties who have not yet appeared by way of facsimile, email and/or otherwise.

/s/ *John J. Sullivan*
John J. Sullivan