United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRELL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-24-1694 |
| | § | |
| AMERICAN BUREAU OF SHIPPING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Reconsideration of the Court's Order of Remand (Document No. 20). Having considered the Defendant's motion, submissions, and applicable law, the Court determines that Defendant's motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Reconsideration of the Court's Order of Remand (Document No. 20) is **DENIED**.

SIGNED at Houston, Texas, on this __5__ day of September, 2024.

DAVID HITTNER
United States District Judge