# ABS
## AMERICAS DIVISION



0241696

3 April 2001

refer to:NAS/pmw
file ref:A-11-23
area ref:01-087

Semco
186 Jean-Lafitte Boulevard
Lafitte, Louisiana70067

Attention: Allen Moore-President

Subject: 186' x 103' x 13' Liftboat
For Power Offshore Services
Hull 1009 PID 41696RC

Dear Mr. Moore:

We are in receipt of your "Request for Classification Survey and Agreement" and "Application for Load Lines" dated 18 October 2000 and are forwarding same to our North America office in Houston, Texas.  ABS fees for Classification of subject vessel are as follows:

Class & MOU
Load Line
SOLAS/SOF
MARPOL/SOF
Crane Register
' 69 Tonnage



*Class Designation: ⚓A1 Self-Elevating Unit, U.S. Domestic Restricted Service ⚓AMS

Final fees for tonnage admeasurement will be invoiced separately by our Houston ABS Americas office, and will be based on actual tonnage figures.  However, approximate admeasurement calculation fees are provided for your estimating purposes.  Field admeasurement survey, if required, will be subject to an additional charge based on actual attendance.  Tonnage confirmation survey, if carried out by our attending new construction Surveyor, would be complimentary.

The estimate for Crane Register includes installation and testing only.  We assume cranes will be delivered to you with ABS reports covering their construction.

We understand that this vessel is to be a sister to your hull 1004.  The above fees, therefore, do not include plan review, except for that necessary to carry out MARPOL Annex I and SOLAS Cargo Ship Safety Construction reviews.

Should you wish to have a set of drawings reviewed and approved for hull 1009, the comparative review will be in addition to the above quotation and will be invoiced separately by our Houston office on a time expended basis.

Our estimate and fees are based on the vessel's characteristics, propsed construction schedule for completion by 31 October 2001 with construction at your shipyard in Lafitte, Louisiana.  Should the period of construction extend beyond this estimated completion date or take place at more than the location above, it may be necessary for the Bureau to make an additional charge.

Expenses and Surveyor's attendance outside normal working hours, as requested by the builder, will be charged in addition to the above.  Where required by the Rules or where specifically requested, ABS surveyors will attend suppliers of material, machinery and equipment and invoice suppliers separately and additionally for the services performed.

CONFIDENTIAL
990 NORTH CORPORATE DRIVE, SUITE 307 • NEW ORLEANS, LOUISIANA  70123-3394  USA
TEL: 504-731-2960 • FAX:  504-731-2968 (DISTRICT MANAGER) • 504-731-2971 (TECHNICAL) • 504-731-2969 (SURVEY)

ABS  000104

EXHIBIT
2



**AMERICAS DIVISION**

To: Semco

Attn: Allen Moore

Re: Liftboat

*Refer to:NAS/pmw*
*File Ref:A-11-23*
*Area Ref:01-087*
*Date: 3-Apr-01*
*Page:2 of 2*

In the event of cancellation of the Classification Agreement by either party, a cancellation charge will be made. In addition, a charge will be made for hours expended on your behalf in reviewing Classification drawings and expenses incurred up to the time of cancellation.

Billing for will be in three (3) installments as follows:
      1st Installment-one half of fee upon commencement of Material Cutting or
           Approval of Midship Section Drawing.
      2nd Installment-one half total fee at launching
      3rd Installment-An adjustment billing for all expenses since launching

Review of plans submitted by or on behalf of vendors is not included in the above estimation and plan review associated with such drawings will be invoiced separately to the submitter.

Plan submittals if any, should be made to our Houston office, attention ████████. Coordination of field survey will be handled by ████████ in our New Orleans office, who will serve as project manager.

We thank you for selecting ABS class on this project.

Very truly yours,

AMERICAN BUREAU OF SHIPPING

*N.A.Smith*

N. A. Smith, Jr.
District Manager-Central District

cc:    ABS Houston/TSG Adm. ✓
       ABS Houston/Load Line Department
       ABS Houston/Tonnage
       ABS New Orleans Technical
       ABS New Orleans (Ghegan)

CONFIDENTIAL

990 NORTH CORPORATE DRIVE, SUITE 307 • NEW ORLEANS, LOUISIANA 70123-3394 USA

ABS 000105

TEL: 504-731-2960 • FAX: 504-731-2968 (DISTRICT MANAGER) • 504-731-2971 (TECHNICAL) • 504-731-2969 (SURVEY)



*SEMCO hull #1009*

# REQUEST FOR CLASS
# (AGREEMENT FOR CLASSIFICATION)
# NEW CONSTRUCTION VESSELS

*NAS/NO*
*JB/NO*
*JG/NO*

---

AB 122-NC
*Review of Requests for ABS Services, TWZ-017-02-P02*
<span style="color:red">CONFIDENTIAL</span>

Revision 3 — Page 0 of 10
Attachment A, Revision 3 — Page 0 of 10
ABS 000106



# REQUEST FOR CLASS
## (AGREEMENT FOR CLASSIFICATION)
## NEW CONSTRUCTION VESSELS

This Agreement is entered into as of the _18_ day of _October , 2000_ , between

_SEMCO LLC_
(name)

_186 Jean Lafitte Blvd._
(address)

_Lafitte , LA, 70067_

hereinafter referred to as "Client", of the first part

and American Bureau of Shipping

16855 Northchase Drive

Houston, Texas 77060-6008, U.S.A.

hereinafter referred to as "ABS" of the second part, as follows:

I. AUTHORIZED REPRESENTATIVES who may request services on behalf of the Client: (check the boxes that apply)

☑ Shipyard Manager _Gary Newchurch , Allen Moore_ (name)

☑ Designer _Semco LLC , Glenn Loudrum, Christian Pierce_ (name)
_186 Jean Lafitte Blvd. , Lafitte, LA 70067_ (address)

☑ Other (please specify) _Shankar Mody - Mody & Assoc._
_Houston ,Tx,_ _713-784-4411_

II. FEES (Refer to section 3 for payment conditions)

On Contract Signing/Keel Laying/Steel Cutting (second vessel):

On Keel Laying:

_T.B.A._

On Launching:

Fees cover review of plans required by the Rules and one revision of each plan during the construction period. Additional revisions will be billed at the hourly rate stated in the published ABS Fee Schedule.

An invoice may be issued if any additional services are rendered or expenses incurred between launching and delivery.

Special Arrangements

III. NOTICES All notices and correspondence sent to Client shall be addressed to*:

_SEMCO LLC_
_186 Jean Lafitte Blvd._
_Lafitte, LA. 70067_

Address for invoices, if different:

_SAME_

All correspondence sent to ABS shall be addressed to*: **American Bureau of Shipping, CDC Center, 16855 Northchase Drive, Houston, Texas 77060 U.S.A.**

* or such addresses as may be designated in writing from time to time by either party. All notices shall be in writing and shall be effective upon receipt, unless sent by telex or fax and repeated by mail in which case they shall be effective on dispatch.

AB 122-NC
*Review of Requests for ABS Services, TWZ-017-02-P02*
Revision 3
Attachment A, Revision 3
Page 1 of 10
Page 1 of 10

CONFIDENTIAL

ABS 000107

REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

1.    DEFINITIONS

a)    "Vessel" means any vessel, drilling unit, offshore installation, platform, submersible or marine structure, owned, built or intended to be built by Client or by any company whose shares are at least fifty percent controlled by Client, or by Client's subcontractor, and which is intended to be presented to ABS for classification. Pages 9 and 10 detail all of the class services & requirements for all of the vessels governed by this Agreement, and their main particulars, which the Client shall update by written notice to the ABS Chief Surveyor as changes occur.

b)    "Classification" - The classification process consists of: i) the development of Rules, Guides, standards and other criteria for the design and construction of marine vessels and structures, for materials, equipment and machinery; ii) the review of design and survey during and after construction, to verify compliance with such Rules, Guides, standards or other criteria; and   iii) the assignment and registration of class when such compliance has been verified.

The Rules and standards are developed by ABS staff and passed upon by technical and special committees made up of naval architects, marine engineers, shipbuilders, engine builders, steel makers and by other technical, operating and scientific personnel associated with the worldwide maritime industry.  Theoretical research and development, established engineering disciplines, as well as satisfactory service experience are utilized in their development and promulgation.

ABS and its committees can act only upon such theoretical and practical considerations in developing Rules and standards and in no way should classification, issuance of certificates or performance of services be deemed to be a representation, statement or warranty of seaworthiness, structural integrity, quality or fitness for a particular use or service, of any vessel, structure, item of material, equipment or machinery beyond the representations contained in the Rules of ABS.

Surveyors apply normally accepted examination and testing standards to those items specified for each survey by the Rules; construction procedures, safety procedures and construction supervision remain the responsibility of the shipyard, ship repairer, manufacturer, owner, or other Client.

It is understood and agreed that the issuance of classification certificates or the performance of services shall be at the sole discretion of ABS and that ABS reserves the right to withhold or withdraw classification, certificates or services for lack of conformity with its Rules or for any other reason, whether or not such reason be deemed by the other party to be unreasonable, frivolous, arbitrary or capricious.

ABS reserves the right to reconsider, withhold, suspend, or cancel the class of any vessel for noncompliance with the Rules, for defects or damages which are not reported to ABS, for defects reported by the Surveyors which have not been rectified in accordance with their recommendations, or for nonpayment of fees which are due on account of classification and other services.



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

2.  ABS SERVICES

a)  Upon Client's request, ABS shall review plans and calculations, perform surveys, witness testing and issue reports as required for classification under ABS Rules. Client is familiar with and is referred to the ABS Rules for survey contents. The vessel shall be reviewed for compliance with the ABS Rules in effect on the date of the construction contract between the Client and the prospective vessel owner unless Client requests the application of a later edition of the Rules, or ABS requires earlier implementation of a specific Rule change.

**All services covered by this Agreement are indicated on pages 9 and 10.**

b)  The work shall be performed solely under the terms and conditions of this Agreement, and any printed terms or conditions found in other documents used to implement this Agreement shall be void and shall not affect or extend any rights or obligations under this Agreement nor create any new rights or obligations.

c)  In performance of this Agreement, ABS shall be and remain, at all times, an independent contractor and neither ABS nor any of its officers, employees, servants, agents or subcontractors shall be or act as the employee, servant or agent of any other party hereto in its performance of any of the terms and conditions of this Agreement.

d)  All work performed on behalf of flag administrations shall be governed by the terms and conditions of this Agreement unless the flag administration specifies otherwise.

e)  Client shall verify to ABS that the materials and components intended for classification or certification meet the requirements of the Rules by producing certificates for such materials and components.

f)  If any part of the vessel's construction is subcontracted Client shall provide ABS with the names of the subcontractor(s), and address of the subcontractor's site(s), and shall provide the subcontractors with correct and adequate information regarding ABS requirements and any statutory requirements. ABS shall be entitled to rely on certificates provided by such subcontractors as it would rely on Client's certificates. Client stands surety for the acts and debts of its subcontractors. The cost of services at a subcontractor are in addition to those stated in section 3a), and will be billed directly to the subcontractor.

3.  PAYMENT CONDITIONS

a)  Fees are normally payable in three installments unless alternate arrangements have been agreed upon by both the Client and ABS. Any such special arrangements should be defined in section II. on page 1. Fee quotations are based on a definite scheduled completion date fixed at the time of entering into this Agreement. Should the services extend beyond the anticipated completion date, additional charges in accordance with the then current fee schedule shall be assessed and invoiced along with costs and expenses. This also applies to services performed at any subcontractor.

---



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

b) Unless otherwise directed by American Bureau of Shipping, all fees are to be remitted upon receipt of invoice in U. S. Dollars to American Bureau of Shipping, P.O. Box 201614, Houston, Texas 77216-1614 U.S.A. by check and shall refer to the ABS issued invoice number.  Wire transfers may be made through ███████████████████████████████████████████████████████████████████

c) Unless otherwise provided by Agreement or prohibited or restricted by law, interest will be charged at a rate of 1 1/2% per month on any amounts not paid within 30 days from invoice date.

d) The vessel and its owner, operator, and charterer shall be jointly and severally liable to ABS for the payment of all charges including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due ABS, and ABS may take judgment for the entire amount due.  Payment to anyone other than ABS or its authorized agent shall not be deemed payment and shall be made at payor's sole risk.

## 4.    DEFAULT

In the event of a default in the payment of any fees assessed in accordance with this Agreement, ABS shall have the right to terminate this Agreement and cancel classification; the vessel, as well as all plans, drawings, specifications, information and reports in possession of ABS, shall be subject to a lien for the payment of all fees and expenses due and owing by virtue of this Agreement and the termination or default hereof.

## 5.    ASSIGNMENT & SALE

Any attempt to subcontract, assign, delegate, sublet or transfer this Agreement without prior written notice to ABS shall at ABS's option render this Agreement void.  ABS may deem the classification of any vessel canceled upon the vessel's sale or transfer without prior written notice to ABS.

If Client shall breach any provision hereof or shall become insolvent, enter voluntary or involuntary bankruptcy or receivership proceedings, or make an assignment for the benefit of creditors, or should the vessel be arrested or sold at auction or at a Marshall's sale ABS shall have the right (without limiting any other rights or remedies which it may have hereunder or by operation of law) to terminate this Agreement, whereupon ABS shall be relieved of any and all further obligation hereunder and Client shall be liable to ABS for all resulting damages. ABS's right to require strict performance of any obligation hereunder shall not be affected by any previous waiver, forbearance or course of dealing.

## 6.    CONFIDENTIALITY

Subject to sections 4 and 5 hereof, all plans, drawings, specifications and information given to and reports prepared by ABS in connection with performance under this Agreement shall be treated as confidential by ABS and shall not be used for any other purposes than those for which furnished without prior written consent, except as required by judicial order, governmental order or regulation, by subpoena or by direction of a governmental agency with subpoena power.

AB 122-NC

*Review of Requests for ABS Services, TWZ-017-02-P02*

Revision 3

Attachment A, Revision 3

Page 4 of 10

Page 4 of 10

CONFIDENTIAL

ABS 000110

Notwithstanding the obligations of confidentiality outlined above, during construction of the vessel ABS is authorized to discuss and disclose to the Client all submitted drawings, specifications and information from the designer and subcontractors and to discuss and disclose all pertinent information provided by the Client with subcontractors.

By signing this Agreement Client authorizes ABS to disclose to future owners, if any, the design assumptions on which classification was based and, in accordance with the IACS Transfer of Class Agreement, to provide future classification societies, if any, with any information, plans or calculations reasonably requested in connection with their classification duties.

7.    ACCESS

ABS, its officers, employees, servants, agents or subcontractors shall have access to all vessels, drawings, plans, records, places of manufacture and assembly or other items necessary to complete the requested services.   Client shall also grant access to auditors from the International Association of Classification Societies (IACS) or flag administration when requested by ABS and accompanied by ABS personnel.

Client is responsible for establishing and maintaining safe working conditions in accordance with applicable safety standards and for providing ABS surveyors with safe access to sites and assistance during construction, testing and trials. ABS personnel shall comply with Client's safety procedures to the extent such procedures are communicated to such personnel.  If ABS personnel feel the proposed working conditions are unsafe they may refuse to attend the work site.

Client shall provide ABS with the following documentation before issuance of a full-term classification certificate:

a)    Plans and calculations required by the Rules for review

b)    Technical descriptions and data, including material specifications

8.    NON-WAIVER AND SEVERABILITY

No waiver by either party of any breach of any of the terms of this Agreement shall be construed as a waiver of any subsequent breach, whether of the same or of any other term hereof.  If a provision of this Agreement is held invalid all valid provisions that are severable from the invalid provision remain in effect.

9.    FORCE MAJEURE

Upon prompt notification of the other party by fax, telex or letter communication, neither party hereto shall be liable to the other for default or delay in performing its obligations hereunder if such default or delay is caused by fire, strike, riot, war, act of God, delay of carriers, governmental order or regulations and/or any other similar or different occurrence beyond the reasonable control of the party so defaulting or delaying, except that cancellation

AB 122-NC
Review of Requests for ABS Services, TWZ-017-02-P02
CONFIDENTIAL

Revision 3                          Page 5 of 10
Attachment A, Revision 3           Page 5 of 10
                                   ABS 000111



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

for such causes may not be made without reimbursement to ABS for expenditures actually incurred for labor and materials upon the authority of this Agreement prior to receipt of such notice.

10.   TERM

This Agreement shall remain in force until terminated pursuant to the terms of this Agreement or by either Client or ABS upon thirty days' prior written notice.

11.   RESPONSIBILITY AND LIABILITY

It is understood and agreed that any report, statement, notation of plan review or certificate (hereafter referred to collectively as "certificate") issued as part of the services rendered under this Agreement is a representation solely to the signatory to this Agreement and only that at the time of survey the vessel, structure, item of material, equipment or machinery or any other item covered by a certificate has met one or more of the Rules or standards of American Bureau of Shipping and is issued solely for the use of ABS, its committees, clients or other authorized entities.   ABS is not an insurer or guarantor of the integrity or safety of a vessel or of any of its equipment or machinery.   The validity, applicability and interpretation of a certificate issued under the terms of or in contemplation of this Agreement is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof.   Nothing contained herein or in such a certificate or in any report issued in contemplation of such a certificate shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator, insurer or other entity of any duty to inspect or any other duty or warranty express or implied.   If an entity is specifically identified as "Owner" in the vessel details section of this Agreement, such entity shall be considered a third party beneficiary of this Agreement.   Except for such entity, nothing in this Agreement or in any certificate or report issued under this Agreement shall be deemed to create any interest, right, claim or benefit in any insurer or other third party.   It is understood and agreed that nothing expressed herein is intended or shall be construed to give any person, firm or corporation, other than the signatories hereto and any identified "Owner", any right, remedy or claim hereunder or under any provisions herein contained; all provisions hereof are for the sole and exclusive benefit of the parties hereto.

12.   LIMITATION

ABS MAKES NO REPRESENTATIONS BEYOND THOSE CONTAINED IN SECTIONS 1 AND 11 HEREOF REGARDING ITS REPORTS, STATEMENTS, PLAN REVIEW, SURVEYS, CERTIFICATES OR OTHER SERVICES.

13.   HOLD HARMLESS

The party requesting services hereunder, or his assignee or successor in interest, agrees to release ABS and to indemnify and hold harmless ABS from and against any and all claims, demands, lawsuits or actions for damages, including legal fees, to persons and/or property, tangible, intangible or otherwise which may be brought against ABS incidental to, arising out of or in connection with this Agreement, the work to be done, services to be performed or material to be furnished hereunder, except for those claims caused solely and completely by the negligence of ABS, its agents, employees, officers, directors or subcontractors.   The

AB 122-NC
Review of Requests for ABS Services, TWZ-017-02-P02
CONFIDENTIAL
Revision 3                          Page 6 of 10
Attachment A, Revision 3      Page 6 of 10
ABS  000112

parties agree that for the purposes of the Convention on Limitation of Liability for Maritime Claims, 1976, ABS is a person for whose acts the shipowner is responsible.

Any other individual, corporation, partnership or other entity who is a party hereto or who in any way participates in, is engaged in connection with or is a beneficiary of, any portion of the services described herein shall also release ABS and shall indemnify and hold ABS harmless from and against all claims, demands, lawsuits or actions for damages, including legal fees, to persons and/or property, tangible, intangible or otherwise, which may be brought against ABS by any person or entity as a result of the services performed pursuant to this Agreement, except for those claims caused solely and completely by the negligence of ABS, its agents, employees, officers, directors or subcontractors. Said individual or party shall assert no claims, directly or indirectly, against ABS.

14.    ARBITRATION

Any and all differences and disputes of whatsoever nature arising out of this Agreement shall be put to arbitration in the City of New York pursuant to the laws relating to arbitration there in force, before a board of three persons, consisting of one arbitrator to be appointed by ABS, one by Client, and one by the two so chosen. The decision of any two of the three on any point or points shall be final. Until such time as the arbitrators finally close the hearings either party shall have the right by written notice served on the arbitrators and on an officer of the other party to specify further disputes or differences under this Agreement for hearing and determination. The arbitration is to be conducted in accordance with the rules of the Society of Maritime Arbitrators, Inc. The arbitrators may grant any relief other than punitive damages which they, or a majority of them, deem just and equitable and within the scope of the Agreement of the parties, including, but not limited to, specific performance. Awards made in pursuance to this clause may include costs including a reasonable allowance for attorney's fees and judgment may be entered upon any award made hereunder in any court having jurisdiction. ABS and Client hereby mutually waive any and all claims to punitive damages in any forum.

Client shall be required to notify ABS within thirty (30) days of the commencement of any arbitration between it and third parties which may concern ABS's work in connection with this Agreement and shall afford ABS an opportunity, at ABS's sole option, to participate in the arbitration.

15.    TIME BAR TO LEGAL ACTION

Any statutes of limitation notwithstanding, Client expressly agrees that its right to bring or to assert against ABS any and all claims, demands or proceedings whether in arbitration or otherwise shall be waived unless (a) notice is received by ABS within ninety (90) days after Client had notice of or should reasonably have been expected to have had notice of the basis for such claims; and (b) arbitration or legal proceedings, if any, based on such claims or demands of whatever nature are commenced within one (1) year of the date of such notice to ABS.

AB 122-NC
Review of Requests for ABS Services, TWZ-017-02-P02
CONFIDENTIAL

Revision 3                          Page 7 of 10
Attachment A, Revision 3            Page 7 of 10
                                    ABS 000113



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

16.    LIMITATION OF LIABILITY

The combined liability of American Bureau of Shipping, its officers, employees, agents or subcontractors for any loss, claim, or damage arising from negligent performance or non-performance of any services under this Agreement, or from breach of any implied or express warranty of workmanlike performance in connection with the services, or from any other reason, to Client or any other person, corporation, partnership, business entity, sovereign, country or nation, will be limited to the greater of a) $100,000 or b) an amount equal to ten times the sum actually paid for the services alleged to be deficient.

The limitation of liability may be increased up to an amount twenty-five times that sum paid for services upon receipt of Client's written request at or before the time of performance of services and upon payment by Client of an additional fee of $10.00 for every $1,000.00 increase in the limitation.

THE UNDERSIGNED PARTIES ACKNOWLEDGE THAT ALL OF THE TERMS AND CONDITIONS CONTAINED IN PAGES 1 THROUGH 10 HEREOF (AND IF APPLICABLE, THE MODU ADDENDUM) HAVE BEEN REVIEWED.  THIS AGREEMENT REPRESENTS THE ENTIRE INTEGRATED AGREEMENT BETWEEN THE PARTIES;  THERE ARE NO OTHER REPRESENTATIONS OR ORAL AGREEMENTS.   ALL SERVICES RENDERED IN CONNECTION WITH THIS CLASSIFICATION AGREEMENT ARE GOVERNED BY THE TERMS AND CONDITIONS CONTAINED HEREIN.

Name of Client    *SEMCO L.L.C.*

(Signed)    *Allen D. Moore*

(Title)    *President*

(Address)    *186 Jean Lafitte Blvd.*

*Lafitte, LA. 70067*

AMERICAN BUREAU OF SHIPPING

*N.A. Smith*
Signature

Details of class coverage and services are shown on Pages 9 and 10. These sections must be fully completed prior to signing by the ABS office negotiating the Agreement.



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

## VESSEL'S CLASS DETAILS

To be completed by the ABS office negotiating the Agreement and must be filled out prior to presentation to the Owner.

Vessel _____ _LIFTBOAT_ _____
Name                                              Type (Specify)

Flag _U.S._ _____

Length B.P. _132'_ Breadth _103'_ Depth _13'_ Design Draft _10'_

Length Overall _156.5'_ _____ Design Speed _7 Knots_ _____

Estimated Tonnage: Gross _2250 ITC_ Deadweight _4200 Kips_ Containers TEU _—_

Estimated Keel Laying Date _11-1-2000_ Estimated Delivery Date _10/31/2006_

Intended Service ☐ Unrestricted              ☐ River and Harbor

☐ Great Lakes              ☒ Other (Specify) _U.S. Domestic Restricted Service_

Classification Designations: Hull _✠ A1 Self Elevating Unit_ Machinery _✠ AMS_ _____

Owner _POWER OFFSHORE SERVICES_ _____

Address _P.O. Box 1717_ _____

_Harvey, LA, 70059_ _____

Shipbuilder & Yard _SEMCO LLC_ _____ Hull No. _1009_ ___

Address _186 Jean Lafitte Blvd._ _____

_Lafitte, LA. 70067_ _____

Date of Contract between Shipbuilder and Owner _9-1-2000_ _____

Type Propulsion _Diesel_ _____ Number of Propellers _4_

Engine Type _Cat. 3508_ _____ Trade Name _Catipillor_ _____

Max.Cont. H.P. Per Engine _960_ _____ Engine RPM _1800_ ____ Cyl.Max.Firing Pressure _____

Engine Builder _Catipillor_ _____ Designer _____ No. Engines _4_

Boiler Type _N/A_ _____ Working Pres/Temp _N/A_ _____ No. Boilers _N/A_

Boiler Builder _N/A_ _____ Heating Surface _N/A_

Reduction Gear Builder _Twin Disc_ _____

Reduction Gear Model _MG 540_ _____ Gear Ratio _6.18 : 1_ _____

Electrical Propulsion Machinery Builder _N/A_ _____

Number and kW of All Electrical Generators _Two @ 415 KVA & One @ 190 KVA_

Horsepower of each Generator Prime Mover _Two Cat 3412 & One Cat 3306_

CERTIFICATION OTHER THAN BASIC CLASS NOTATION (e.g., A1, AMS) COVERED BY
THIS AGREEMENT IS SHOWN ON PAGE 10

CONFIDENTIAL

ABS 000115



REQUEST FOR CLASS (AGREEMENT FOR CLASSIFICATION) /NEW CONSTRUCTION VESSELS

## ADDITIONAL SERVICES ABS WILL PROVIDE UNDER THIS AGREEMENT *

| Yes | No | ITEM | Yes | No | ITEM |
|-----|-----|------|-----|-----|------|
| ☑ | ☐ | Load Line Assignment.  Type of Freeboard  _Type B_ | | | |
| ☐ | ☑ | RMC Notation (Refrigerated Cargo) | ☐ | ☑ | Safety Construction |
| ☐ | ☑ | CA Controlled Atmosphere | ☐ | ☑ | Safety Equipment |
| ☐ | ☑ | ACCU Auto Machinery Control, Unattended | ☐ | ☑ | Passenger Ship Safety |
| ☐ | ☑ | ABCU Auto Machinery Control, Unattended | ☐ | ☑ | Safety Radio (GMDSS/SLR/SLT) |
| ☐ | ☑ | ACC Auto Machinery Control | ☐ | ☑ | MARPOL '73/'78 |
| ☐ | ☑ | OMBO | ☐ | ☑ | MARPOL Annex I (Oil) IOPP, COW, etc. |
| ☐ | ☑ | DPS/APS Thruster Certification: _____ | ☐ | ☑ | MARPOL Annex II (Noxious Liquids) |
| ☐ | ☑ | SH SafeHull | ☐ | ☑ | MARPOL Annex III (Harmful Substances) |
| ☐ | ☑ | DLA Dynamic Loading Approach | ☐ | ☑ | MARPOL Annex IV (Sewage) |
| ☐ | ☑ | Ice Class: _____ | ☐ | ☑ | MARPOL Annex V (Garbage) |
| ☐ | ☑ | Fire Fighting Vessel Class-_____ | ☑ | ☐ | '72 COLREGS |
| ☐ | ☑ | Safety Standby Vessel | ☐ | ☑ | Canada Arctic Pollution Prevention |
| ☑ | ☐ | International Tonnage (1969 Convention) | ☐ | ☑ | International Liquid Gas Code (IGC) |
| ☐ | ☑ | National Tonnage (Pre 1969 Convention) | ☐ | ☑ | International Bulk Chemical Code (IBC Code) |
| ☐ | ☑ | Suez Canal Tonnage | ☐ | ☑ | Bulk Chemical Code (BCH Code) |
| ☐ | ☑ | Panama Canal Tonnage | ☐ | ☑ | IMO Dangerous Goods Code ( IMDG  Code) |
| ☑ | ☐ | Crane Register | ☐ | ☑ | IMO Bulk Cargoes Code (BC Code) |
| ☐ | ☑ | Cargo Gear Register (Other than Crane) | ☐ | ☑ | For Gas or Chemical Carriers, list cargoes: |
| ☐ | ☑ | Self-Unloading Gear | ☐ | ☑ | ILO Nos. 68, 92 and 133 Crew Accommodation |
| ☐ | ☑ | Greek Cargo Gear Certification | ☐ | ☑ | Inert Gas Certification |
| ☐ | ☑ | Cargo Ramp or Cargo Elevator | ☐ | ☑ | Stability for: SOLAS/MARPOL/LL/IBC/IGC |
| ☐ | ☑ | Container Securing Certification | ☑ | ☐ | _MARPOL STATEMENT OF FACT_ |
| ☐ | ☑ | Crew Elevator(s) | ☑ | ☐ | _SOLAS STATEMENT OF FACT_ |
| ☒ | ☐ | USCG NVC 10-82, Change No. _10-82 chg 2_ | ☐ | ☐ | |
| ☐ | ☑ | USCG CFR Title 33 (Statement of Fact) | ☐ | ☐ | |

*TO BE COMPLETED BY THE ABS OFFICE NEGOTIATING THE AGREEMENT
ONLY ITEMS MARKED 'YES' ARE THOSE INCLUDED IN THIS AGREEMENT



# APPLICATION FOR LOAD LINES

Application is hereby made to the American Bureau of Shipping for Load Line Certification for:

New Construction/Existing Vessel (Delete whatever is inapplicable)

Builder _SEMCO, LLC._   Hull Number _1009_

Name of Vessel _POWER 250 A_   Year Built _2000 /2001_

For Existing Vessels - Form Name(s) _____

Country of Registry _U.S.A._   Official Number _____

Type of Freeboard Requested _TYPE B_

Present or Proposed Classification _✠ A1 SELF ELEVATING LIFTBOAT   ✠ AMS_

No previous application for load line certification has been made either by the Owner or the Builder for this vessel to the American Bureau of Shipping or any other assigning authority except as follows:

(if none so state)

It is understood and agreed that neither the Bureau nor any of its Committees is under any circumstances whatever to be held responsible for any inaccuracy in any report or certificate issued by the Bureau or its Surveyors or in any entry in the Record or other publication of the Bureau or for any errors of judgment, default or negligence of its Officers, Surveyors or Agents.

Dated this _18TH_ day of _OCTOBER 2000_

Representative _CHRISTIAN PIERCE_

Company Name _SEMCO, LLC._

Address _186 JEAN LAFITTE BLVD._

_LAFITTE, LA 70067_

Note: Application to be signed by registered owner, his duly accredited agent or the shipbuilder. Kindly designate and include address.
       This form is to be used for Load Line only vessels.

_NAS/NO_
_SB/NO_
_FG/NO_

LL 4-E   Revision 0   Page 1 of 4

CONFIDENTIAL

ABS 000117



**PID (ABS USE ONLY)**

# APPLICATION FOR ADMEASUREMENT

| To | ABS AMERICAS<br>16855 NORTHCHASE DRIVE<br>HOUSTON, TEXAS 77060<br>ATTN: JAMES W. BOYLE<br>TEL: (713) 874-8416  FAX: (713) 874-8195 |
|---|---|

| Name of Vessel: | Hull No.: | Official Number or State Number: |
|---|---|---|
| POWER 250A | 1009 | |

| Use (fishing, passenger, ferry, freight, towing, tankship, tank barge, etc.): | Home Port: |
|---|---|
| LIFTBOAT | NEW ORLEANS |

| Name and Address of Master, Owner or Agent: | Name and Address of Builder: |
|---|---|
| POWER OFFSHORE SERVICES LLC, P.O. BOX 1717, HARVEY, LA 70059 | SEMCO, LLC. 186 JEAN LAFITTE BLVD LAFITTE, LA 70067 |
| Telephone: 504-394-2900 | Telephone: 504-689-2054 |

| Length: | Breadth: | Depth: |
|---|---|---|
| 156.5' | 103' | 13' |

| Construction Material (Wood, Steel, Plastic, etc.): | Year Built: |
|---|---|
| STEEL | 2001 |

| Type Propulsion: | Horsepower: | Fuel: |
|---|---|---|
| DIESEL | 3840 | DIESEL |

| Date Inspection Desired: | Location of Vessel Awaiting Inspection: |
|---|---|
| FALL 2001 (UPON COMPLETION) | SEMCO LLC. |

| Type of Measurement Required: | Charges to be Billed to: |
|---|---|
| X International Tonnage<br>____ U.S. Standard Tonnage<br>____ Panama Canal Tonnage<br>____ Suez Canal Tonnage<br>____ Other _____ | SEMCO, LLC. 186 JEAN LAFITTE BLVD LAFITTE, LA 70067<br>Telephone: 504-689-2054 |

**Additional Information**

Length (Overall): 154.5'    Delivery Date: FALL 2001    Keel Laid Date: 11/1/2000

Former Names: ——

Reason for Admeasurement:    NEWBUILDING; CONVERSION; MODIFICATION

Remarks (if any): ——

"I certify that the above statements are true to the best of my knowledge and belief. The vessel will be ready for admeasurement in all respects and a representative of the owner or charterer will be present at the time of the actual inspection."

| Date: | Signature: |
|---|---|
| OCTOBER 18, 2000 | Name (Please Print): CHRISTIAN PIERCE |

CONFIDENTIAL

ABS 000118

TON 1

1.    DEFINITIONS

a) Load line: Load lines are assigned pursuant to the International Load line Conventions to which the United States is signatory, domestic legislation and implementing regulations. ABS is authorized to assign load lines by delegation from the Secretary of the Executive Department under which the Coast Guard is operating ("the Secretary.")

2.    ABS SERVICES

a) Upon Client's request, ABS shall review plans and calculations, perform inspections and issue reports as required for load lines. Surveyors apply normally accepted examination to those items specified for each load line survey; construction procedures, safety procedures and construction supervision remain the responsibility of the shipyard, ship repairer, manufacturer, owner, or other Client.

It is understood and agreed that the performance or nonperformance of services shall be at the sole discretion of ABS. Once services are undertaken a decision related to the assignment of a load line may be appealed to the Secretary.

The continuance of the load line of any vessel is conditioned upon the requirements for periodical, damage and renewal surveys being duly carried out.

b)    If Client has entered a classification agreement with ABS the terms of that agreement shall govern any services performed with the exception of the standards to be applied and the appeal process. In the absence of a classification agreement the work shall be performed solely under the terms and conditions of this Agreement, and any printed terms or conditions found in other documents used to implement this Agreement shall be void and shall not affect or extend any rights or obligations under this Agreement nor create any new rights or obligations.

c)    In performance of this Agreement, ABS shall be and remain, at all times, an independent contractor and neither ABS nor any of its officers, employees, servants, agents or subcontractors shall be or act as the employee, servant or agent of any other party hereto in its performance of any of the terms and conditions of this agreement.

3.    PAYMENT

a)    Unless otherwise directed by American Bureau of Shipping, all fees are to be remitted upon receipt of invoice in U. S. Dollars

b)    Unless otherwise provided by agreement or prohibited or restricted by law, interest will be charged at a rate of 1 1/2% per month on any amounts not paid within 30 days from invoice date.

c)    The vessel and its owner, operator, and charterer shall be jointly and severally liable to ABS for the payment of all charges including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due ABS, and ABS may take judgment for the entire amount due. Payment to anyone other than ABS or its authorized agent shall not be deemed payment and shall be made at payor's sole risk.

4.    ASSIGNMENT & SALE

Any attempt to subcontract, assign, delegate, sublet or transfer this agreement without prior written notice to ABS shall at ABS's option render this contract void.

If Client shall breach any provision hereof or shall become insolvent, enter voluntary or involuntary bankruptcy or receivership proceedings, or make an assignment for the benefit of creditors, or should the vessel be arrested or sold at auction or at a marshall's sale ABS shall have the right (without limiting any other rights or remedies which it may have hereunder or by operation of law) to terminate this contract, whereupon ABS shall be relieved of any and all further obligation hereunder and Client shall be liable to ABS for all resulting damages. ABS's right to require strict performance of any obligation hereunder shall not be affected by any previous waiver, forbearance or course of dealing.

5.    ACCESS

ABS, its officers, employees, servants, agents or subcontractors shall have access to all vessels, drawings, plans, records, places of manufacture and assembly or other items necessary to complete the requested services.

LL 4-E                                    Revision 0                                    Page 2 of 4

CONFIDENTIAL                                ABS 000119

Client is responsible for establishing and maintaining safe working conditions in accordance with applicable safety standards and for providing ABS surveyors with safe access to sites and assistance during construction, testing and trials. ABS personnel shall comply with Client's safety procedures to the extent such procedures are communicated to such personnel. If ABS personnel feel the proposed working conditions are unsafe they may refuse to attend the worksite.

6.    NON-WAIVER AND SEVERABILITY

No waiver by either party of any breach of any of the terms of this Agreement shall be construed as a waiver of any subsequent breach, whether of the same or of any other term hereof. If a provision of this Agreement is held invalid all valid provisions that are severable from the invalid provision remain in effect.

7.    FORCE MAJEURE

Upon prompt notification of the other party by telecopier, telex or letter communication, neither party hereto shall be liable to the other for default or delay in performing its obligations hereunder if such default or delay is caused by fire, strike, riot, war, act of God, delay of carriers, governmental order or regulations and/or any other similar or different occurrence beyond the reasonable control of the party so defaulting or delaying, except that cancellation for such causes may not be made without reimbursement to ABS for expenditures actually incurred for labor and materials upon the authority of this Agreement prior to receipt of such notice.

8.    TERM

This Agreement shall remain in force until terminated pursuant to the terms of this Agreement or by either Client or ABS upon thirty days' prior written notice.

9.    RESPONSIBILITY AND LIABILITY

It is understood and agreed that any report, statement, notation of plan review or certificate (hereafter referred to collectively as "certificate") issued as part of the services rendered under this Agreement is a representation only that the vessel meets the requirements of the International Load line Convention, or domestic load line legislation, as interpreted and articulated by the United States Coast Guard. ABS is not an insurer or guarantor of a vessel's integrity or safety or that of any of its equipment or machinery. The validity, applicability and interpretation of a certificate issued under the terms of or in contemplation of this Agreement is governed by the Secretary who shall remain the sole judge thereof. Nothing contained herein or in such a certificate or in any report issued in contemplation of such a certificate shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator, insurer or other entity of any duty to inspect or any other duty or warranty express or implied nor to create any interest, right, claim or benefit in any insurer or other third party. It is understood and agreed that nothing expressed herein is intended or shall be construed to give any person, firm or corporation, other than the signatories hereto, any right, remedy or claim hereunder or under any provisions herein contained; all provisions hereof are for the sole and exclusive benefit of the parties hereto.

10.   LIMITATION

ABS MAKES NO REPRESENTATIONS BEYOND THOSE CONTAINED IN ARTICLE 9 HEREOF REGARDING ITS REPORTS, STATEMENTS, PLAN REVIEW, SURVEYS, CERTIFICATES OR OTHER SERVICES.

11.   HOLD HARMLESS

**The party requesting services hereunder, or his assignee or successor in interest, agrees to release ABS and to indemnify and hold harmless ABS from and against any and all claims, demands, lawsuits or actions for damages, including legal fees, to persons and/or property, tangible, intangible or otherwise which may be brought against ABS incidental to, arising out of or in connection with this Agreement, the work to be done, services to be performed or material to be furnished hereunder, except for those claims caused solely and completely by the negligence of ABS, its agents, employees, officers, directors or subcontractors. The parties agree that for the purposes of the Convention on Limitation of Liability for Maritime Claims, 1976, ABS is a person for whose act the shipowner is responsible.**

**Any other individual, corporation, partnership or other entity who is a party hereto or who in any way participates in, is engaged in connection with or is a beneficiary of, any portion of the services described herein shall also release ABS and shall indemnify and hold ABS harmless from and against all claims, demands, lawsuits or actions for damages, including legal fees, to persons and/or property, tangible, intangible or otherwise, which may be brought against ABS by any person or entity as a result of the services performed pursuant to this agreement, except for those claims caused solely and completely by the negligence of ABS, its agents, employees, officers, directors or subcontractors. Said individual or party shall assert no claims, directly or indirectly against ABS.**

CONFIDENTIAL                                                          ABS  000120

12.    <u>ARBITRATION</u>

Any and all differences and disputes of whatsoever nature arising out of this Agreement shall be put to arbitration in the City of New York pursuant to the laws relating to arbitration there in force, before a board of three persons, consisting of one arbitrator to be appointed by ABS, one by Client, and one by the two so chosen.  The decision of any two of the three on any point or points shall be final.  Until such time as the arbitrators finally close the hearings either party shall have the right by written notice served on the arbitrators and on an officer of the other party to specify further disputes or differences under this Agreement for hearing and determination.  The arbitration is to be conducted in accordance with the rules of the Society of Maritime Arbitrators, Inc.  The arbitrators may grant any relief other than punitive damages which they, or a majority of them, deem just and equitable and within the scope of the agreement of the parties, including, but not limited to, specific performance.  Awards made in pursuance to this clause may include costs including a reasonable allowance for attorney's fees and judgment may be entered upon any award made hereunder in any court having jurisdiction.  ABS and Client hereby mutually waive any and all claims to punitive damages in any forum.

Client shall be required to notify ABS within thirty (30) days of the commencement of any arbitration between it and third parties which may concern ABS's work in connection with this Agreement and shall afford ABS an opportunity, at ABS's sole option, to participate in the arbitration.

13.    <u>TIME BAR TO LEGAL ACTION</u>

Any statutes of limitation notwithstanding, Client expressly agrees that its right to bring or to assert against ABS any and all claims, demands or proceedings whether in arbitration or otherwise shall be waived unless (a) notice is received by ABS within ninety (90) days after Client had notice of or should reasonably have been expected to have had notice of the basis for such claims; and (b) arbitration or legal proceedings, if any, based on such claims or demands of whatever nature are commenced within one (1) year of the date of such notice to ABS.

14.    <u>LIMITATION OF LIABILITY</u>

**The combined liability of American Bureau of Shipping, its officers, employees, agents or subcontractors for any loss, claim, or damage arising from negligent performance or non-performance of any services under this Agreement, or from breach of any implied or express warranty of workmanlike performance in connection with the services, or from any other reason, to Client or any other person, corporation, partnership, business entity, sovereign, country or nation, will be limited to the greater of a) $100,000 or b) an amount equal to ten times the sum actually paid for the services alleged to be deficient.**

**The limitation of liability may be increased up to an amount twenty-five times that sum paid for services upon receipt of Client's written request at or before the time of performance of services and upon payment by Client of an additional fee of $10.00 for every $1,000.00 increase in the limitation.**

CONFIDENTIAL                                                            ABS  000121