IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONSTANCE MILLARD and GERALD KRELL, Individually and as Representatives of the Estate of Jason Krell, Deceased; MICHELLE MARTIN, as tutrix and next friend of A.P., E.P., and M.S., minors, and as Representative of the Estate of Quinon Pitre | § § § § § § § | C.A. NO. 4:24-cv-01694<br><br>ADMIRALTY CASE |
| VS. | § § § | |
| AMERICAN BUREAU OF SHIPPING, ABS GROUP OF COMPANIES, INC. ABSG CONSULTING INC., ABS QUALITY EVALUATIONS, INC., and ABS GROUP | § § § § § | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiffs Constance Millard, Individually and as Representative of the Estate of Jason Krell; Gerald Krell; Michelle Martin, as tutrix and next friend of A.P., E.P., and M.S., minors, and as Representative of the Estate of Quinon Pitre; Rathey Encalade, Individually and as Independent Administratrix of the Succession of Darren Anthony Encalade, Sr.; Cameron Encalade; Janet Hartford, Individually and as Administratrix of the Succession of Anthony Hartford; Antranae Hartford; Amanda Walcott-Harris and Russell Wayne Saddler as Independent Co-Administratrixes of the Succession of Gregory Walcott; Brandy Williams Norris, as Administrator of the Succession of Ernest J. Williams, Jr.; Verley Williams; Bryson Williams; Zachary Louviere; Charles Scallan; and Brandon Aucoin and

notify the Court and all parties that the undersigned attorney is entering an appearance as additional counsel of record for Plaintiffs:

Chad Flores
SBN 24059759
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone: 713.364.6640

Plaintiffs respectfully request that the parties take notice of this entry of appearance as additional counsel, that Chad Flores be added to the service list in this case, and that all notices, correspondence, and other papers related to this suit be copied to undersigned counsel.

Respectfully submitted,

*/s/Chad Flores*
Chad Flores
Texas Bar No. 24059759
chad@chadflores.law
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone: (713) 364-6640

and

Marcus R. Spagnoletti
Texas Bar No. 24076708
SDTX No. 1139600
mspagnoletti@spaglaw.com
Eric J. Rhine
Texas Bar No. 24060485
SDTX No. 1786163
erhine@spaglaw.com

SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: (713) 653-5600
Facsimile: (713) 653-5656

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this date automatically accomplished on all counsel of record via CM/ECF Notice of Electronic Filing, on this 20th day of July, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/Chad Flores*
Chad Flores